# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

**Name of debtor:**
James Don Holden
Sharon Burton Holden
fka Sharon Sue Buntin

**Case Number:** 16-43346-mxm13

**Chapter 13**

**Trustee:**
Tim Truman

**Judge:** Mark X. Mullin

## RESPONSE TO NOTICE OF INTERIM CURE PAYMENT FILED ON: 03/27/2018

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

**Name of creditor:** Ditech Financial LLC

**Last four digits** of any number you use to identify the debtor's account: xxxxxx8541

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 13   (Docket Entry # 42)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

### Part 2: Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
  Post-petition amounts remaining due:            $18,257.90

Disagree Special Language:
  ☒ Other: Interim Case Audit

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Dates incurred | Amount |
|---|---|---|
| Regular Monthly Payment | 10/01/2016 | $1,001.73 |
| Regular Monthly Payment | 11/01/2016 | $1,001.73 |
| Regular Monthly Payment | 12/01/2016 | $1,001.73 |
| Regular Monthly Payment | 01/01/2017 | $1,001.73 |
| Regular Monthly Payment | 02/01/2017 | $1,001.73 |
| Regular Monthly Payment | 03/01/2017 | $1,001.73 |
| Regular Monthly Payment | 04/01/2017 | $1,001.73 |
| Regular Monthly Payment | 05/01/2017 | $1,001.73 |
| Regular Monthly Payment | 06/01/2017 | $1,001.73 |
| Regular Monthly Payment | 07/01/2017 | $1,001.73 |
| Regular Monthly Payment | 08/01/2017 | $1,001.73 |
| Regular Monthly Payment | 09/01/2017 | $1,001.73 |
| Regular Monthly Payment | 10/01/2017 | $1,138.80 |
| Regular Monthly Payment | 11/01/2017 | $1,138.80 |
| Regular Monthly Payment | 12/01/2017 | $1,138.80 |
| Regular Monthly Payment | 01/01/2018 | $1,138.80 |
| Regular Monthly Payment | 02/01/2018 | $1,138.80 |
| Regular Monthly Payment | 03/01/2018 | $1,138.80 |
| Less Funds in suspense | | - $595.66 |
| **Amount Remaining Due:** | | $18,257.90 |

## Part 3: Sign Here

Print Name: Carlos Hernandez-Vivoni
Title: Authorized Agent for Ditech Financial LLC
Company: Bonial & Associates, P.C..

/s/ Carlos Hernandez-Vivoni
_____
Signature

Address and telephone number:

03/27/2018
Date

P. O. Box 9013
Addison, TX 75001

Telephone: (972) 643-6600    Email: POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before March 27, 2018.

**Debtor** *Via U.S. Mail*
James Don Holden
1912 Secret Ct.
Arlington, TX 76006

**Co Debtor** *Via U.S. Mail*
Sharon Burton Holden
1912 Secret Ct.
Arlington, TX 76006

**Debtors' Attorney**
Michael Paul Wright
MP Wright Law Group, PLLC
2501 Main St. Ste 100
Dallas, TX 75226

**Chapter 13 Trustee**
Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180

**U.S. Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni